UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP KOENIG,<br><br>          Plaintiff<br><br>     v.<br><br>BANK OF AMERICA, N.A.,<br><br>          Defendant | CASE NO. 1:13-CV-0693 AWI BAM<br><br>ORDER VACATING HEARING DATE OF JULY 1, 2013 |

Defendant Bank of America has filed a motion to dismiss. Doc. 5. Plaintiff Philip Koenig has filed a response the court construes as an opposition. Doc. 13. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 1, 2013, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   June 26, 2013                                    _____
                                                         SENIOR DISTRICT JUDGE