UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHILIP KOENIG,**<br><br>            Plaintiff<br><br>    v.<br><br>**BANK OF AMERICA, N.A.,**<br><br>            Defendant | CASE NO. 1:13-CV-0693 AWI BAM<br><br>ORDER PERMITTING FILING OF SURREPLY<br><br><br>Doc. 18 |

   Plaintiff Philip Koenig is proceeding in this case pro se.  Defendant Bank of America has filed a motion to dismiss.  Plaintiff filed an opposition, objecting to consideration of documents for which Defendant sought judicial notice.  Defendant filed a reply.  Plaintiff now seeks leave to file a surreply to address case law cited by Defendant in the reply; Plaintiff has attached the proposed surreply as exhibit A to Doc. 18.  As Plaintiff is proceeding pro se and his briefing may be helpful in resolving this motion, Plaintiff's request is GRANTED; the surreply is deemed to be filed.

IT IS SO ORDERED.

Dated:  July 22, 2013                              _____
                                                                        SENIOR  DISTRICT  JUDGE