UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP KOENIG,<br><br>             Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA, N.A.,<br><br>             Defendant.<br>_____/ | Case No. 1: 13-cv-00693-AWI-BAM<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE** |

     Due to the pending Motion to Dismiss (Doc. 5), the Scheduling Conference currently set for December 3, 2013 is CONTINUED to February 19, 2014 at 9:30 AM, in Courtroom 8, before United States Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

  Dated:   **November 27, 2013**                    /s/ Barbara A. McAuliffe
                                                                  UNITED STATES MAGISTRATE JUDGE

1