UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP KOENIG,<br><br>       Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA, N.A.,<br><br>       Defendant. | Case No. 1:13-cv-0693-AWI-BAM<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE** |

In light of the Court's ORDER dismissing Plaintiff's Complaint with leave to amend (Doc. 26), the SCHEDULING CONFERENCE set for 2/19/2014 is continued to **April 22, 2014 at 9:30 AM** in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

   Dated:  **February 12, 2014**           /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE