UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP KOENIG, | CASE NO. 1:13-CV-0693 AWI BAM |
| Plaintiff | ORDER VACATING HEARING DATE OF FEBRUARY 24, 2014 |
| v. | |
| BANK OF AMERICA, N.A., | |
| Defendant | |

Plaintiff has filed a motion for reconsideration. Doc. 26.  Defendant opposes the motion. Doc. 27.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 24, 2014, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 20, 2014                              _____
                                                                              SENIOR  DISTRICT  JUDGE