UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP KOENIG,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A., *et al.*,<br><br>    Defendants.<br>_____/ | Case No. 1: 13-cv-0693-AWI-BAM<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE** |

    In light of the Court's Order dismissing Plaintiff's Complaint with leave to amend (Doc. 24), and Plaintiff's pending motion to modify the order dismissing Plaintiff's complaint (Doc. 26), the Scheduling Conference currently set for April 22, 2014 is CONTINUED to July 1, 2014 at 9:00 AM, in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

    Dated:   **April 17, 2014**            /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE