UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP KOENIG | Case No. 1: 13-cv-0693-AWI-BAM |
| Plaintiff, | **ORDER CONTINUING SCHEDULING CONFERENCE** |
| v. | |
| BANK OF AMERICA, N.A. *et al.*, | |
| Defendants. | |

_____/

In light of the Court's Order dismissing Plaintiff's complaint with leave to amend (Doc. 34), and because Plaintiff's amended complaint is not yet due, the initial scheduling conference currently set for July 1, 2014 is CONTINUED to August 19, 2014, at 9:00 AM, in Courtroom 8, before United States Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:  **June 25, 2014**                    /s/ Barbara A. McAuliffe
                                                            UNITED STATES MAGISTRATE JUDGE

1