# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP KOENIG,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　Defendant | CASE NO. 1:13-CV-0693 AWI BAM<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS; RESETTING MOTION HEARING FOR JUNE 15, 2015 AT 1:30 PM<br><br>(DOC. 71) |

　　Plaintiff has requested an extension of time for filing a response to the motion to dismiss. Doc. 17. Defendant opposes the motion, noting that Plaintiff has asked for and received numerous extensions of time for various motions in the past. Doc. 18. The motion is currently set for June 8, 2015; Plaintiff's response is due by May 25. Plaintiff asks for an extension until June 1; this is his first request for extension of time for this motion. Plaintiff's request is GRANTED. The hearing is reset for June 15, 2015 at 1:30 PM. Plaintiff is warned that no further extension of time will likely be granted.

IT IS SO ORDERED.

Dated:   May 19, 2015                       _____
　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE